IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 03-cv-02047-PSF-CBS

JULIUS RANDOLPH BLAINE JOHNSON,

     Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

     Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Defendant's Motion to Vacate and Reset Pre-Trial Conference (filed July 1, 2005; *doc. no. 90*) is **GRANTED**. The final pretrial conference set for July 13, 2005, is **VACATED** and **RESET** to **July 14, 2005, at 9:30 a.m. (Mountain Time)** . A proposed final pretrial order is due no later than **July 12, 2005**. Parties are directed to review District of Colorado ECF Procedure V.L for instructions on submission of a proposed order.

The court notes that this matter is set for a September 21, 2005, bench trial before District Judge Figa, and therefore, absent a resetting of the trial date, cannot grant any further extensions for the final pretrial conference.

**DATED:**    July 6, 2005