IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 03-cv-02047-PSF-CBS

JULIUS RANDOLPH BLAINE JOHNSON,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    Pursuant to a settlement conference held by this Court on July 14, 2005, it is hereby **ORDERED** that parties are to submit a stipulated motion to dismiss on or before **July 22, 2005**. It is further

    **ORDERED** that Plaintiff's Motion to Withdraw Document (filed July 11, 2005; *doc. no. 97*) is **GRANTED**. Plaintiff's proposed pretrial order submitted on July 5, 2005 (*doc. no. 92*) is **STRICKEN** from the record. It is further

    **ORDERED** that in light of the foregoing Defendant's First Motion to Strike (filed July 7, 2005; *doc. no. 94*) is **DENIED** as moot.

**DATED:**    July 15, 2005