IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action 03-cv-002047-PSF-CBS

JULIUS RANDOLPH BLAINE JOHNSON,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

## ORDER RE: STIPULATED MOTION TO DISMISS WITH PREJUDICE

The Court having reviewed the Stipulated Motion To Dismiss With Prejudice (Dkt. # 101) and being otherwise fully advised in its premises, hereby GRANTS the motion.

The matter is dismissed with prejudice, each side to bear its own costs and attorney's fees.

DATED:  July 25, 2005

                              BY THE COURT:

                              s/ Phillip S. Figa
                              _____
                              Phillip S. Figa
                              United States District Judge